USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1954 ANGEL ALAMO, ET AL., Plaintiffs, Appellants, v. MANGUAL CLEANING SERVICE, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jaime Pieras, Jr., Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Juan Ramon Rivas Rivera and Davila, Rivas & Goyco on brief for ________________________ ______________________ appellants. Thomas Doran-Gelabert on brief for appellees. _____________________ ____________________ December 19, 1997 ____________________ Per Curiam. After careful review of the briefs and ___________ record, we conclude that summary judgment was proper for the reasons stated by the district court in its Opinion and Order dated April 14, 1997, and its Order dated June 4, 1997. Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -2-